**Electronically Filed**
**Supreme Court**
**SCWC-18-0000056**
**03-DEC-2019**
**02:27 PM**

SCWC-18-0000056

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LEE KI BOYD, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000056; S.P.P. NO. 1SD17-1-00002; CASE NO. 1DTA-15-01335)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Lee Ki Boyd's

Application for Writ of Certiorari, filed on October 21, 2019,

is hereby rejected.

DATED: Honolulu, Hawai'i, December 3, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

